# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130678

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NGUYEN NGODTU CHU,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130678
COA: 264524
Kent CC: 00-011090-FC

On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

s0619